SC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Roberto Juarez, | No. CV 1-06-00960-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| C/O J.R. Meaders, et al., | |
| Defendants. | |

On January 13, 2009, Plaintiff Roberto Juarez, who is confined in the Corcoran State Prison in Corcoran, California, filed a motion to voluntarily dismiss this action. (Doc.# 9.)[1] Rule 41(a)(1) of the Federal Rules of Procedure provides that a plaintiff may voluntarily dismiss a case before an opposing party serves an answer or motion for summary judgment. In this case, no defendant has yet been served with a complaint. Accordingly, the Court will grant Plaintiff's motion to dismiss this action.

**IT IS ORDERED:**

(1) Plaintiff's motion to voluntarily dismiss this action (Doc.# 9) is **granted**.

---

[1] "Doc.#" refers to the docket number of filings in this case.

(2)     The Clerk of Court must enter judgment of dismissal without prejudice accordingly.

DATED this 15th day of January, 2009.

_____
Susan R. Bolton
United States District Judge